No. 622. FLEMING, ADMINISTRATOR, *v.* A. H. BELO CORPORATION. October 27, 1941. Petition for writ of

certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Gerard D. Reilly* for petitioner. *Messrs. Eugene P. Locke* and *Maurice E. Purnell* for respondent.